NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5054

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Paul W. Killian, Akin Gump Strauss Hauer & Feld LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Mark J. Groff.

Timothy P. McIlmail, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Appealed from: United States Court of Federal Claims

Judge Francis M. Allegra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5054

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the      UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S).      98-CV-168, 02-CV-1632, and 03-CV-2699

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 15, 2009      /s/ Jan Horbaly
                            Jan Horbaly, Clerk